# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Imagecube LLC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 7587 |
| The Boeing Company | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that **for the reasons set forth in the August 10, 2007 ruling, the Court's grant of Aeromet's Motion for Summary Judgment [179] and in its Memorandum Opinion and Order [168], all claims against the defendant The Boeing Company are dismissed with prejudice. The Court determined pursuant to the provision of Rule 54(b) of the Fed.R.Civ.P. that there is no just reason for delay in permitting an appeal on this ruling and entered final judgment in accordance with this Order dismissing all claims against The Boeing Company with prejudice.**

Michael W. Dobbins, Clerk of Court

Date: 3/2/2010

/s/ Theresa B. Kinney, Deputy Clerk